FILED

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SPENCE ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| ) | Case Number 2:24-cv-10613-AIJ |
| ) | |
| vs. ) | |
| ) | |
| REAL TIME RESOLUTIONS, INC. ) | Lis Pendens |
| ) | |
| **DEFENDANT** ) | |
| ) | |

**TO WHOM IT MAY CONCERN**

Notice is hereby given of the commencement and pendency of a suit in the entitled as above, the general complaint of which involves the title of the property owned by Anthony Spence described below against a HELOC Deed of Trust, recorded within the office of the recorder of deeds Riverside County and Real Time Resolutions Inc. Claiming Any Legal or Equitable Right, Title, Estate, Lien, or Interest in the Property described in this Complaint adverse to Plaintiff's Title thereto; It is recorded in DOC # 2005-091135, property is listed in Plat Book 296, pages 58 and 59 and holds title to the subject property recorded in the office of the Recorder of Deeds, Riverside County, California.

## Legal Description

LOT 7 OF TRACT NO 24447 IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA AS PER MAP RECORDED IN BOOK 296, PAGES 58 AND 59 OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

*[signature]*

Anthony Spence
16011 Regency Ranch Road
Riverside, CA 92504
951-573-4976

State of California )
                  ) ss
County of Los Angeles )

On this 13th day of December, 2024, before me, appeared the above named Anthony Spence known to me, or satisfactorily proven to me by the production of a California, to be the person(s) whose name is subscribed to the foregoing instrument and he/she/they acknowledged to me that he/she/they signed the same freely and voluntarily.

*[signature]*

TAMI K. BROWN
COMM. #2483342
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires March 22, 2028

**Notary Public**

State of California

My Commission Expires 03/22/2028

SEE ATTACHED

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  )
County of Riverside  )

On 12/13/2024 before me, Tami K. Brown, Notary Public
       Date                                    Here Insert Name and Title of the Officer

Personally appeared Anthony Spence
                                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
              Signature of Notary Public

[Notary Seal: TAMI K. BROWN, COMM. #2483342, NOTARY PUBLIC - CALIFORNIA, RIVERSIDE COUNTY, My Comm. Expires March 22, 2028]

Place Notary Seal Above

---------- OPTIONAL ----------
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document case 2:24-cv-10614-AIJ    Document Date 12/13/2024
Number of Pages 2                                    Signer(s) Other Than Named Above N/A

**Capacity(ies) Claimed by Signer(s)**

Signer's Name _____          Signer's Name _____
  Corporate Officer—Title(s) _____          Corporate Officer—Title(s) _____
  Partner   Limited   General                      Partner   Limited   General
  Individual   Attorney in Fact                    Individual   Attorney in Fact
  Trustee   Guardian or Conservator                Trustee   Guardian or Conservator
  Other _____                    Other _____
Signer Is Representing _____            Signer Is Representing _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5907