Anthony L. Spence, pro se
16011 Regency Ranch Road
Riverside, CA 92504
951-573-4976



FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. SPENCE, TRUSTEE AND BENEFICIARY OF THE GLORIA SPENCE LIVING TRUST AND SUCCESSOR IN INTEREST<br><br>**PLAINTIFF**<br><br>vs.<br><br>REAL TIME RESOLUTIONS, INC.<br>RRA CP OPPORTUNITY TRUST 1<br>ZBS LAW, LLP<br><br>**DEFENDANTS** | Case Number No. 2:24-cv-10613-~~JAK~~ KK-SHKx |

## NOTICE OF COURT HEARING

**PLEASE TAKE NOTICE** that on Monday, August 4, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 3 of the United States District Court for the Central District of California – Eastern Division (Riverside), located at George E. Brown, Jr. Federal Building and U.S. Courthouse, 3470 Twelfth Street, Riverside, CA 92501, before the Honorable Kenly Kiya Kato, Plaintiff Anthony L. Spence, appearing pro se, will and hereby does move this Court for an order dismissing the above-captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), or in the alternative, for dismissal under Rule 12(h)(3), or abstention under the Colorado River doctrine.